# EXHIBIT B

Oxygen Therapy    Products    About Inogen    Resources    Blog    Support    📞 1-800-678-5572

Request a **FREE** Inogen One information kit today![1]

First Name    Last Name    State    Phone    Email    SUBMIT

**CHAT LIVE NOW:**
**GET A FREE INFO KIT** 💬

## INOGENONE®
# G3 Systems & Accessories

If you require medical oxygen, an Inogen One concentrator affords you the freedom and independence to do as you please, when you please, without the heavy burden of an oxygen tank. The Inogen One G3 is Oxygen. Anytime. Anywhere.

**VIEW G3 ACCESSORIES**



### INOGEN ONE G3 SYSTEM
**3-YEAR WARRANTY SYSTEM**

## $2,495

**System Includes:**
- One single battery
- Concentrator
- Standard 3-year warranty
- AC/DC power supplies
- Carry bag, user manual
- Intelligent Delivery Technology®

MORE DETAILS

COMPARE TO G2 SYSTEMS

## Additional Packages for the Inogen One G3 System

### FREEDOM PACKAGE 1
## $3,495

System Includes:

**Three Single Batteries**
**Concentrator**
**Lifetime Warranty**

**AC/DC power supplies**
**Carry Bag, User Manual**

MORE DETAILS

### FREEDOM PACKAGE 2
## $3,495

System Includes:

**One Single Battery**
**One Double Battery**
**Concentrator**
**Lifetime Warranty**

**AC/DC power supplies**
**Carry Bag, User Manual**

MORE DETAILS

### FREEDOM PACKAGE 3
## $3,765

System Includes:

**Two Double Batteries**
**Concentrator**
**Lifetime Warranty**

**AC/DC power supplies**
**Carry Bag, User Manual**

MORE DETAILS



**THE NEW SOUND OF AIRWAY CLEARANCE THERAPY**

**MORE DETAILS** ▶

**INOGENONE®**

# G3 Accessories

From backpacks to backup batteries, find the gear you need to carry and maintain your oxygen concentrator with greater comfort and peace of mind.

| | | |
|---|---|---|
| **G3 DOUBLE BATTERY**<br>**$495** | **G3 SINGLE BATTERY**<br>**$325** | **EXTERNAL BATTERY CHARGER (G3)**<br>**$275** |
|  |  |  |
| MORE DETAILS | MORE DETAILS | MORE DETAILS |
| **G3 REPLACEMENT COLUMN PAIR (FLOW SETTING 1-4)**<br>**$99** | **G3 REPLACEMENT COLUMN PAIR (FLOW SETTING 1-5)**<br>**$99** | **AC POWER SUPPLY**<br>**$145** |
|  |  |  |
| MORE DETAILS | MORE DETAILS | MORE DETAILS |

### DC POWER CABLE
**$60**



MORE DETAILS

### BACKPACK (G3)
**$100**



MORE DETAILS

### G3 REPLACEMENT PARTICLE FILTERS (FLOW SETTING 1-4)
**$19**



MORE DETAILS

### G3 REPLACEMENT PARTICLE FILTERS (FLOW SETTING 1-5)
**$21**



MORE DETAILS

### CARRY BAG (G3)
**$48**



MORE DETAILS

### PULSE OXIMETER
**$149**



MORE DETAILS

# CUSTOMER STORIES



*"So many things are now possible. I feel like my old self again. If you want your life back, get an Inogen."*

*- Carol Z.*



Visit the Customer Stories section for videos and inspiring stories of newfound freedom.

**VIEW ALL CUSTOMER STORIES**

# CONNECT WITH US



## INFORMATION KIT

Request a FREE information kit to receive detailed information about our products.

**REQUEST KIT[1]**



## CALL US TODAY

Call now to speak to an Inogen representative to learn more about our products.

**1-800-678-5572**

Oxygen. Anytime. Anywhere.®

## CONTACT

Contact Us

View & Pay Statement

Privacy Policy

Terms & Conditions

Terms of Use

## COMPANY

About Inogen

Reseller Policy

Careers

Site Map

## FOLLOW US

Inogen 2016. All rights reserved.

Specifications apply to all new retail units sold after December 7th 2015.

Specifications for rental units through insurance may vary.

[1]By submitting this information, I authorize Inogen to contact me, including by phone.

* 2.8 pounds weight includes 1 single battery.





HME Providers | International Distributors | Medical Professionals | Investors | Page Zoom



Oxygen Therapy    Products    About Inogen    Resources    Blog    Support    1-800-678-5572

Request a **FREE** Inogen One
information kit today![1]

First Name        Last Name        State    Phone        Email                SUBMIT

HOME // PRODUCTS // G3 SYSTEMS // G3 THREE-YEAR WARRANTY SYSTEM





CHAT LIVE NOW:
GET A FREE INFO KIT

### INOGEN**ONE**®

# G3 Three-Year Warranty System

ADD TO CART                    **$2,495**

**30 DAY RISK-FREE TRIAL & FREE SHIPPING!***

**3-YEAR WARRANTY**            SHARE:

The Inogen One G3 delivers the independence of a portable oxygen concentrator in one of the smallest, lightest, and quietest packages available to the oxygen user today.

With the Inogen One you can jump in the car to run errands, take a weekend trip to see family, or even take it on a plane to go on vacation!

The Inogen One G3 is one solution for oxygen at home, away, and for travel, 24/7. It's oxygen therapy on your terms.

**Click "Add to Cart" to order your Inogen One G3 today and reclaim YOUR freedom!**

Scroll below to see the listed accessories included in the Inogen One System.

*Inogen Systems require a qualifying RX prior to shipment. Once you place an order an Inogen Oxygen Specialist will follow up with you to help you gather your RX information.
30 Day Risk-Free Trial and Free Shipping offers apply to purchases only.*

COMPARE TO G3                    G3 SET UP VIDEO

Inogen One Portable Oxygen Concentrator Re...



 **WEIGHT:** 4.8 Pounds     **FLOW SETTINGS:** 1 - 5

 **DIMENSIONS:**
Height: 8.25 IN.
Length: 8.75 IN.
Width: 3.0 IN.

 **BATTERY DURATION:**
Single Battery: Up to
4.5 hours, Double
Battery: up to 9 hours

---

WHAT'S INCLUDED            TECHNICAL SPECIFICATIONS            INSURANCE

**Weight**
4.8 lbs

**Dimensions**

   

**AC POWER SUPPLY**
Works with both G2 & G3
Models

**DC POWER CABLE (G3)**
DC Power Cable for Inogen One
G3 System

**(1) G3 SINGLE BATTERY**
Battery duration up to 4.5 hours

**CARRY BAG (G3)**
Inogen One G3 Carry Bag with
adjustable shoulder strap

8.75 × 3.0 × 8.25 in (Height includes single battery)

**Oxygen Flow**
Intelligent Delivery Technology
Five flow settings from 1-5

**Power Settings**
AC Power Supply 100-240V, 50-60Hz
(auto sensing to allow worldwide use)
DC Power: for mobile use in car/airplane

**Battery**
Duration (single battery): up to 4.5 hours
Duration (double battery): up to 9 hours

**Noise Level**
39 dBA*

**Warranty**
Concentrator: 3 Years
Concentrator Sieve Beds and Accessories: 1 year
See Limited Warranty Statement for details.

**Use**
Designed for stationary, portable, and travel

*On Setting 2

Compare to G2 Product Specifications

**Portable Oxygen Concentrator And Medicare Insurance**
Call 1-800-630-3144 for a Free Eligibility Check

Follow these 4 easy steps:

Step 1:
Call Us today and we'll check your eligibility with Medicare or your Insurance company for free with no obligation.

Step 2:
We'll work directly with your doctor to see if the Inogen One is right for you and obtain the required paperwork.

Step 3:
Next, we'll test your oxygen levels with one of our staff nurses or respiratory therapists to make sure the Inogen One is meeting your needs defined by your doctor.

Step 4:
After you return the Medicare/Insurance paperwork, the last step is to remove your current oxygen equipment and to finally say goodbye to all those tanks. At that point you'll be on service with Inogen and part of our growing family..

Thousands of oxygen users have already switched to Inogen's service and reclaimed their freedom and independence with the Inogen One.

# Other G3 Systems Packages



### G3 FREEDOM PACKAGE 2

**$3,495**

LIFETIME WARRANTY

Includes the G3 standard
system package plus:
• One single battery
• One double battery

MORE DETAILS



### G3 FREEDOM PACKAGE 1

**$3,495**

LIFETIME WARRANTY

Includes the G3 standard
system package plus: • Three
single batteries

MORE DETAILS

## Additional Accessories

### EXTERNAL BATTERY CHARGER (G3)
**$275**

### G3 DOUBLE BATTERY
**$495**

### BACKPACK (G3)
**$100**







MORE DETAILS

MORE DETAILS

MORE DETAILS



# CUSTOMER STORIES

*"It's making a big difference. I feel like
my old self again. If you want your life back,
get the Inogen!"*

*- Carol Z.*

Our Customer Stories section provides videos and inspiring stories of newfound freedom.

**VIEW ALL CUSTOMER STORIES**

# CONNECT WITH US

INFORMATION KIT

CALL US TODAY

Request a FREE information kit to receive detailed information about our products.
**REQUEST KIT[1]**

Call now to speak to an Inogen representative to learn more about our products.
**1-800-678-5572**

Oxygen. Anytime. Anywhere.®

## CONTACT

*Contact Us*

*View & Pay Statement*

*Privacy Policy*

*Terms & Conditions*

*Terms of Use*

## COMPANY

*About Inogen*

*Reseller Policy*

*Careers*

*Site Map*

## FOLLOW US

Inogen 2016. All rights reserved.

Specifications apply to all new retail units sold after December 7th 2015.

Specifications for rental units through insurance may vary.

[1]By submitting this information, I authorize Inogen to contact me, including by phone.

* 2.8 pounds weight includes 1 single battery.







History of Oxygen
Concentrators

How Does an Oxygen
Concentrator Work?

Using Medical Oxygen
Safely

Types of Oxygen Tanks &
Oxygen Tank Sizes

Oxygen Tanks vs.
Oxygen Concentrators:
Key Differences

Home Oxygen
Concentrators & Home
Oxygen Therapy

Home vs. Portable
Oxygen Concentrators

What Is Liquid Oxygen?

# How Does an Oxygen Concentrator Work?

SHARE:

## What Is an Oxygen Concentrator?

An oxygen concentrator (also sometimes called "oxygen generator") is a medical device used to deliver oxygen to those who require it. People may require it if they have a condition that causes or results in low levels of oxygen in their blood. These oxygen concentrators are normally obtained via prescription and therefore cannot be purchased over the counter. Oxygen concentrators are powered by plugging in to an electrical outlet or by battery. If the concentrator is powered by an electric battery, that battery will need to be charged by plugging into an outlet. Several parts make up a concentrator, including a compressor, sieve bed filter, and circuit boards.

An oxygen concentrator has a compressing element, but it should not be confused with compressed oxygen or an oxygen tank. Whereas a tank has a set amount of oxygen that it dispenses, a concentrator filters in air, compresses it, and delivers air continuously. The air supply will never run out. Instead of refilling compressed air, the concentrator just needs access to power.

## How Does an Oxygen Concentrator Work?

An oxygen concentrator works much like a window air conditioning unit: it takes in air, modifies it and delivers it in a new form. An oxygen concentrator takes in air and purifies it for use by people requiring medical oxygen due to low oxygen levels in their blood.

It works by:

1. Taking in air from its surroundings

2. Compressing air, while the cooling mechanism keeps the concentrator from overheating

3. Removing nitrogen from the air via filter and sieve beds

4. Adjusting delivery settings with an electronic interface

5. Delivering the purified oxygen via a nasal cannula or mask

### INOGEN OXYGEN CONCENTRATORS

Learn about the Inogen One G4, G3, or G2 portable oxygen concentrators:







**INOGEN ONE G4 OXYGEN CONCENTRATOR**   **INOGEN ONE G3 OXYGEN CONCENTRATOR**   **INOGEN ONE G2 OXYGEN CONCENTRATOR**

Learn More

Still want to learn more about oxygen concentrators? Check out our infographic on the History of Oxygen Concentrators.

PREVIOUS                                                    NEXT

View all of our Inogen One Systems        See what Inogen One customers are saying

# CONNECT WITH US





### INFORMATION KIT

Request a FREE information kit to receive detailed information about our products.

**REQUEST KIT[1]**

### CALL US TODAY

Call now to speak to an Inogen representative to learn more about our products.

**1-800-678-5572**

Oxygen. Anytime. Anywhere.®

## CONTACT

Contact Us

View & Pay Statement

Privacy Policy

Terms & Conditions

Terms of Use

## COMPANY

About Inogen

Reseller Policy

Careers

Site Map

## FOLLOW US

Inogen 2016. All rights reserved.

Specifications apply to all new retail units sold after December 7th 2015.

Specifications for rental units through insurance may vary.

[1]By submitting this information, I authorize Inogen to contact me, including by phone.

* 2.8 pounds weight includes 1 single battery.






CHAT LIVE NOW:
GET A FREE INFO KIT

POC: Smarter Choice for
Oxygen Therapy

Portable Oxygen
Benefits

Safety of Portable
Oxygen Concentrators

Intelligent Delivery
Technology

Continuous Flow
Portable Oxygen
Concentrators (vs Pulse
Dose)

Clinical Efficacy

Customer Stories

Portable Oxygen
Concentrator Rental &
Purchase Options

# POC: Smarter Choice for Oxygen Therapy

SHARE:



VS

Oxygen tanks are bulky and difficult to transport. | A portable oxygen concentrator is a lightweight alternative.

If you or a loved one is affected by a lung condition, a portable oxygen concentrator is a lightweight, easy-to-use solution for better breathing. Use the information below to compare different solutions for your oxygen therapy needs.

## HOW IT WORKS

- Purifies air continuously from the atmosphere
- Removes nitrogen to deliver oxygen-rich air
- Delivers purified oxygen via nasal cannula
- Powered by rechargeable battery or any AC or DC power source

## ADDITIONAL BENEFITS

- Requires no oxygen refills or heavy tanks
- Designed for stationary, portable, or travel use
- Travels easily in a pack or on wheels
- Needs only minor maintenance

## Compare Oxygen Solutions

|  | SOLUTIONS | WEIGHT (LBS.) | ELIMINATES DELIVERY | UNLIMITED SUPPLY | ENABLES TRAVEL |
|---|---|---|---|---|---|
| **AMBULATORY** | Portable Oxygen Concentrator | **2.8 — 20** | ✔ | ✔ | ✔ |
| | Portable Cylinders and Stationary Concentrator | **4 — 18** (cylinder) **30 — 55** (concentrator) | ✘ | ✘ | ✘ |
| | Liquid Oxygen Systems | **4 — 8** (canister) **>100** (reservoir) | ✘ | ✘ | ✘ |
| | Home Transfill Systems | **4 — 18** (cylinder) **20 — 45** (compressor) **30 — 55** (concentrator) | ✔ | ✘ | ✘ |
| **STATIONARY** | Stationary Concentrators | **30 – 55** | ✔ | ✘ | ✘ |

NEXT

View all of our Inogen One Systems      See what Inogen One customers are saying

# CONNECT WITH US





### INFORMATION KIT

Request a FREE information kit to receive detailed information about our products.
**REQUEST KIT[1]**

### CALL US TODAY

Call now to speak to an Inogen representative to learn more about our products.
**1-800-678-5572**

Oxygen. Anytime. Anywhere.®

### CONTACT

Contact Us

View & Pay Statement

Privacy Policy

Terms & Conditions

Terms of Use

### COMPANY

About Inogen

Reseller Policy

Careers

Site Map

### FOLLOW US

Inogen 2016. All rights reserved.

Specifications apply to all new retail units sold after December 7th 2015.

Specifications for rental units through insurance may vary.

[1]By submitting this information, I authorize Inogen to contact me, including by phone.





HME Providers | International Distributors | Medical Professionals | Investors    Page Zoom

Oxygen Therapy    Products    About Inogen    Resources    Blog    Support    1-800-678-5572

Request a **FREE** Inogen One
information kit today![1]

First Name          Last Name          State    Phone          Email          SUBMIT



HOME // OXYGEN THERAPY // INTELLIGENT DELIVERY TECHNOLOGY

### POC: Smarter Choice for Oxygen Therapy

### Portable Oxygen Benefits

### Safety of Portable Oxygen Concentrators

### Intelligent Delivery Technology

### Continuous Flow Portable Oxygen Concentrators (vs Pulse Dose)

### Clinical Efficacy

### Customer Stories

### Portable Oxygen Concentrator Rental & Purchase Options

# Intelligent Delivery Technology

SHARE:

Intelligent Delivery Technology ensures oxygen therapy is delivered efficiently and effectively in all modes of use. In fact, the Inogen One's oxygen delivery systems are clinically validated to provide the necessary oxygen for most ambulatory patients during all phases of daily activity and during sleep (RespirCare March 2006:51(3):252-256; and CHEST 1999 Vol.116(1):22-29).

Proprietary conserver technology contained within the Inogen One portable oxygen systems ensures oxygen is delivered within the first 400 milliseconds of inspiration – where oxygen has the most effect on lung gas exchange. The Inogen One oxygen systems utilize unparalleled triggering sensitivity to quickly detect a breath and deliver oxygen within this critical period. Less sensitive conservers may create lags in the onset of the bolus, resulting in portions of the delivered bolus arriving too late, having less effect on lung gas exchange.

During periods of sleep, respiratory rates typically decrease. The Inogen One actively responds to this changing physiology through its use of proprietary technology to increase the bolus size. At 10 breaths per minute, the Inogen One home oxygen systems deliver double the bolus size as when the breathing rate is 20 BPM.

Continuous flow oxygen delivery systems do not compensate for the amount of inspired oxygen during periods of decreased respiration (sleeping). The same volume is available, but at lower tidal volumes and in nocturnal breathing patterns, less oxygen is inspired. Inogen understood this deficit in continuous flow and designed the Inogen One home oxygen systems to deliver more oxygen per breath as frequency and depth of respiration decreases during sleep.

**Intelligent Delivery Technology at Night**

- Unlike other oxygen systems, such as liquid oxygen systems, portable tank oxygen systems, or even other portable oxygen concentrators, the Inogen One is the only portable oxygen system proven to oxygenate patients during rest, exertion, and sleep.

- Intelligent Delivery Technology is highly flexible to changing environments and meters oxygen delivery through the system to promote increased oxygen delivery during sleep for most patients.

- As breathing rate slows, Inogen's Intelligent Delivery Technology increases each bolus dose.

- Intelligent Delivery Technology detects even shallow mouth breaths at night, and triggers a bolus dose based on a fixed minute volume.

- 5 clinical studies published in peer reviewed journals validate efficacy.

- Inogen has completed and published more clinical data surrounding the Inogen One oxygen system than any other available oxygen therapy product.

So what does that mean? For most people, oxygen systems like the Inogen One will be perfectly sufficient as a primary oxygen delivery system, for all modes of use.

Now you can eliminate your liquid oxygen systems and tanks and have just one portable oxygen system – The Inogen One – that can do it all, home and away, day and night.

PREVIOUS                                                                        NEXT

View all of our Inogen One Systems          See what Inogen One customers are saying

# CONNECT WITH US





### INFORMATION KIT

Request a FREE information kit to receive detailed
information about our products.

**REQUEST KIT[1]**

### CALL US TODAY

Call now to speak to an Inogen representative to
learn more about our products.

**1-800-678-5572**

Oxygen. Anytime. Anywhere.®

## CONTACT

Contact Us

View & Pay Statement

Privacy Policy

Terms & Conditions

Terms of Use

## COMPANY

About Inogen

Reseller Policy

Careers

Site Map

## FOLLOW US

Inogen 2016. All rights reserved.

Specifications apply to all new retail units sold after December 7th 2015.

Specifications for rental units through insurance may vary.

[1]By submitting this information, I authorize Inogen to contact me, including by phone.

* 2.8 pounds weight includes 1 single battery.




Oxygen Therapy    Products    About Inogen    Resources    Blog    Support    🟠 **1-800-678-5572**

Request a **FREE** Inogen One
information kit today![1]

First Name        Last Name        State    Phone        Email        SUBMIT



CHAT LIVE NOW:
GET A FREE INFO KIT

# Keeping Your Portable Concentrator in Top Condition

Web Admin
0 Comments | December 14, 2015                                                    SHARE:

## Keeping Your Portable Concentrator in Top Condition

The Inogen One G3 portable concentrator is known for being more lightweight, quieter, and more reliable than competitive portable concentrators on the market today.  You may not know, however, that it has a unique feature making it ideal for the active person: replaceable sieve bed columns.

**How an Oxygen Concentrator "Makes" Oxygen**

The air we breathe is comprised of 78% nitrogen, 21% oxygen, and 1% other gases in small amounts.  An Inogen concentrator removes the nitrogen from the surrounding air by passing it through a section of the unit called a sieve bed.  The result is approximately 90% pure oxygen.  This medical grade oxygen is supplied to the oxygen user through a nasal cannula.

**Expected Sieve Bed Performance**

Over time, the sieve bed loses some of its ability to remove nitrogen from the air. For some concentrators, this can occur as quickly as a few months after you start using it.  The Inogen One G3 has a long expected sieve bed life of 18 months to 2 years, depending on how it is used and the environmental conditions in which you live.

**Inogen One G3 Columns**

The sieve beds are contained in two metal columns that fit into the bottom of the Inogen One G3.  When the sieve beds become saturated, a message will appear on your unit to indicate that they need to be replaced.  Replacement columns ordered from Inogen will arrive at your doorstep in a couple of days.  Until then, you can continue to use the concentrator.



The columns are sealed, making them clean and easy to replace.  A simple tool is included to assist those who may have stiffness or limited movement of the hands.  Used columns can be safely deposited in the trash with no harmful effects on the environment.

**Click here to view and order the Inogen One G3 Replacement Columns on the official Inogen store.**

**Don't Let Downtime Get You Down!**

If you don't have an Inogen One G3, the only way to renew the sieve beds is to return your concentrator to the provider for servicing.  While you may receive a replacement concentrator on loan until yours is returned to you, most often you will simply be without a portable option for a period of time.

It is a fact that all portable oxygen concentrators have sieve beds that become saturated over time, reducing the amount of medical grade oxygen you receive in each breath.  Interestingly, the more you use your portable concentrator the longer the sieve beds will last.  If you don't use your portable concentrator regularly, it is a good idea to turn it on and allow it to run for an hour or two each day.

But if you aren't using your portable concentrator regularly … why not?

**Inogen Innovation**

Replaceable sieve beds are just another example of Inogen's commitment to inventing oxygen delivery products that fit your lifestyle.  Inogen is innovative oxygen.

**LEAVE A REPLY**

Your email address will not be published. Required fields are marked *

Comment *