# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| **CAIRE INC.,** ) | |
| ) | Civil Action No. 1:16-cv-03413 ELR |
| **Plaintiff,** ) | |
| ) | |
| v. ) | |
| ) | |
| **INOGEN, INC.,** ) | |
| ) | |
| **Defendant.** ) | |

## JOINT STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41 and Local Rule 41.1, Plaintiff CAIRE Inc. and Defendant Inogen, Inc., hereby file this Joint Stipulation of Dismissal with Prejudice and agree to DISMISS WITH PREJUDICE this action in its entirety, including all claims and counterclaims asserted herein.  Each Party agrees to bear its own costs, expenses, and attorneys' fees.

Dated: January 18, 2018

| Counsel for Plaintiff | Counsel for Defendant |
|---|---|
| /s/ *J. Jason Williams* | /s/ *Jared C. Bunker* |
| Ryan K. Walsh | M. Jerome Elmore |
| rkwalsh@jonesday.com | elmore@bmelaw.com |
| J. Jason Williams | Tiana S. Mykkeltvedt |
| jjwilliams@jonesday.com | mykkeltvedt@bmelaw.com |
| JONES DAY | BONDURANT, MIXSON & ELMORE LLP |
| 1420 Peachtree Street, NE, Suite 800 | One Atlantic Center |
| Atlanta, GA  30309-3053 | 1201 West Peachtree St., NW, Suite 3900 |
| Tel: 404-521-3939 | Atlanta, GA 30309 |
| Fax: 404-581-8330 | Tel: 404-881-4100 |
|  | Fax: 404-881-4111 |
| Calvin P. Griffith |  |
| (pro hac vice) | John B. Sganga |
| cpgriffith@jonesday.com | john.sganga@knobbe.com |
| David M. Maiorana | Jared C. Bunker |
| (pro hac vice) | jared.bunker@knobbe.com |
| dmaiorana@jonesday.com | KNOBBE, MARTENS, OLSON & BEAR, LLP |
| Thomas R. Goots | 2040 Main Street, 14th Floor |
| (pro hac vice) | Irvine, CA 92614 |
| trgoots@jonesday.com | Tel: 949-760-0404 |
| JONES DAY | Fax: 949-760-9502 |
| 901 Lakeside Avenue |  |
| Cleveland, OH 44114-1190 |  |
| Tel: 216-586-3939 |  |
| Fax: 216-579-0212 |  |

## CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 5.1

I hereby certify that the foregoing document has been prepared in accordance with the font type and margin requirements of Local Rule 5.1 of the Northern District of Georgia, using a font type of Times New Roman and a point size of 14.

Dated: January 18, 2018                     Respectfully submitted,

                                                      /s/ *J. Jason Williams*
                                                     J. Jason Williams
                                                     Ga. Bar No. 142689
                                                     Attorney for Plaintiff

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing JOINT STIPULATION OF DISMISSAL was filed with the Clerk of Court using the CM/ECF system, which will automatically send e-mail notification of such filing to all counsel of record.

Dated:  Dated: January 18, 2018          Respectfully submitted,

/s/ *J. Jason Williams*
J. Jason Williams
Attorney for Plaintiff